**Timothy S. DeJong,** OSB No. 940662
Email: tdejong@stollberne.com
**Jacob S. Gill,** OSB No. 033238
Email: jgill@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Suite 500
Portland, Oregon 97204
Telephone:     (503) 227-1600
Facsimile:     (503) 227-6840

**Charles F. Moore**, OSB No. 945270
Email: moore@ahmrt.com
Alleman Hall McCoy Russell & Tuttle LLP
806 S.W. Broadway, Suite 600
Portland, Oregon 97205
Telephone:     (503) 459-4141
Facsimile:     (503) 459-4142

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MARMOSET, LLC**,<br><br>            Plaintiff,<br><br>    v.<br><br>**THE MUSIC BED, LLC**,<br><br>            Defendant. | Case No. 3:14-cv-0431-MO<br><br>**ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT** |

I, Carrie Webb Olson, Day Pitney LLP, do hereby certify that I am the attorney for defendant The Music Bed, LLC and I am duly authorized to and hereby do accept service on its behalf of a true copy of the Summons and Complaint effective as of April 1, 2014. The Music Bed, LLC acknowledges that service on The Music Bed, LLC was perfected by plaintiff in accordance with applicable law and acknowledges and

Page 1 **-  ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT**

accepts service without waiver of any defenses or arguments, other than the defense of insufficiency of service of process.

DATED this 21<u>ST</u> day of March, 2014.

DAY PITNEY LLP


By: _____
       Carrie Webb Olson
       Email: colson@daypitney.com
       Jonathan B. Tropp
       Email: jbtropp@daypitney.com
       Jeremy Blackowicz
       Email: jblackowicz@daypitney.com

One International Place
Boston MA 02110
Telephone:   (617) 345 4767
Facsimile:    (617) 206 9338

Attorneys for Defendant The Music Bed, LLC


Page 2 -  **ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT**